**1368**

**UNITED STATES of America,
Appellee,**

v.

**Jerry Sherman JACKSON, Appellant.**

**No. 13692.**

United States Court of Appeals,
Fourth Circuit.

Argued May 5, 1970.

Decided Aug. 6, 1970.

R. Michael Tatterson, Fairmont, W. Va. (Court-appointed counsel), for appellant.

Paul C. Camilletti, U. S. Atty., for appellee.

Before SOBELOFF and CRAVEN, Circuit Judges, and RUSSELL, District Judge.

PER CURIAM:

Perceiving no error in the judgment of conviction, it is hereby

Affirmed.

**UNITED STATES of America,
Plaintiff-Appellant,**

v.

**Lee Marshall HARRIS and Morris Ray Caldwell, Defendants-Appellees.**

**No. 25120.**

United States Court of Appeals,
Ninth Circuit.

July 27, 1970.

Rehearing Denied Aug. 28, 1970.

Richard L. Jaeger (argued), Asst. U. S. Atty., William Matthew Byrne, Jr.,

U. S. Atty., J. Kent Steele, Asst. U. S. Atty., Robert L Brosio, Chief, Criminal Division, Los Angeles, Cal., for appellant.

Burton Marks, of Marks, Sherman & London, Beverly Hills, Cal., for appellee Caldwell.

Frederic A. Spindell, Hollywood, Cal., for appellee Harris.

Before KOELSCH and HUFSTEDLER, Circuit Judges, and THOMPSON *, District Judge.

PER CURIAM:

The narcotics were seized in circumstances essentially similar to those in Castillo-Garcia v. United States, 424 F.2d 482 (9th Cir. 1970); accordingly, the order of the district court suppressing the use of such drugs as evidence is

Reversed.